IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLESTER BILLS                                          PLAINTIFF

v.                      No. 3:17-cv-187-DPM

LUTHER WHITFIELD, Lieutenant,
Mississippi County Jail; SHON RANNEY,
Sergeant, Mississippi County Jail;
KRIS STANKIEWICZ, Nurse,
Mississippi County Jail; and SHAN
STIPUNAK, Doctor, Mississippi County
Jail, all in their official capacities             DEFENDANTS

## ORDER

Unopposed recommendation, № 7, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Bills's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 October 2017