IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLESTER BILLS                                             PLAINTIFF

v.                      No. 3:17-cv-187-DPM

LUTHER WHITFIELD, Lieutenant,
Mississippi County Jail; SHON RANNEY,
Sergeant, Mississippi County Jail;
KRIS STANKIEWICZ, Nurse,
Mississippi County Jail; and SHAN
STIPUNAK, Doctor, Mississippi County
Jail, all in their official capacities            DEFENDANTS

## JUDGMENT

Bills's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 October 2017